UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Hrisoula Stantzos             CHAPTER 13
        Debtor

CASE NO. 1-19-01432-HWV

WITHDRAWAL OF TRUSTEE'S DOCKET ENTRY
RESCHEDULING THE 341 MEETING

AND NOW, this 19th day of June, 2019, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's docket entry made on June 18, 2019 be withdrawn.

The 341 Meeting of Creditors is NOT to be rescheduled.

Respectfully submitted,

s/Charles J. DeHart, III___
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717)566-6097

CERTIFICATE OF SERVICE

AND NOW, this 19th day of June, 2019, I hereby certify that I have served this Withdrawal by electronically notifying parties or depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

| | |
|---|---|
| Dawn Marie Cutaia, Esquire | s/Tina Noel |
| 115 E. Philadelphia Street | Office of Charles J. DeHart, III |
| York, PA 17401 | Standing Chapter 13 Trustee |