UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:          HRISOULA STANTZOS                 CHAPTER 13
                Debtor

                                        CASE NO.  1-19-01432-HWV

### WITHDRAWAL OF TRUSTEE'S CERTIFICATION OF DEBTOR NON APPEARANCE AT 341 MEETING

AND NOW, this 24th day of June, 2019, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's docket entry made on June 19, 2019 to entry # 27 be withdrawn.  Said docket entry reported Debtor failed to appear at the June 13, 2019, 341 Meeting of Creditors and requesting notice of dismissal be sent.

Additional information has been provided to the Trustee who now wishes to reschedule the 341 Meeting of Creditors.

Respectfully submitted,

s/ Charles J. DeHart, III___
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
(717)566-6097

### CERTIFICATE OF SERVICE

AND NOW, this 24th day of June, 2019, I hereby certify that I have served this Withdrawal by electronically notifying parties or depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Dawn Marie Cutaia, Esquire            s/ Tina Noel
115 East Philadelphia Street          Office of Charles J. DeHart, III
York, PA  17401                       Standing Chapter 13 Trustee