```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                            Case No. 19-01432-HWV
Hrisoula Stantzos                                                 Chapter 13
        Debtor            CERTIFICATE OF NOTICE
District/off: 0314-1          User: PRadginsk        Page 1 of 2              Date Rcvd: Jul 29, 2019
                              Form ID: ntcnfhrg      Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2019.

```
db          +Hrisoula Stantzos,    1965 Normandie Dr,    York, PA 17408-1535
cr           Greenspring Investments LLC,    2851 Greensprings Drive,    YORK, PA  17402,    UNITED STATES
5182551     +Chase Mortgage,    Attn: Bankruptcy Dept,    Po Box 24696,    Columbus, OH 43224-0696
5192984     +Christopher E. Rice,    Martson Law Office,    10 E. High St.,    Carlisle, PA 17013-3093
5182549      Department of Revenue,    1 Revenue Place,    Harrisburg, PA 17129-0001
5204054     +Greenspring Investments LLC,    105 Leader Heights Road,    York, PA 17403-5137
5182552      Greenspring Investments, LLC,    2851Greenspring Dr,    York, PA 17402
5182548      Internal Revenue Service,    Andover, MA 01810-9041
5201015     +JPMorgan Chase Bank, National Association,    700 Kansas Ln Mail Code LA4-5555,
             Monroe, LA 71203-4774
5206211     +MTGLQ Investors, L.P.,    c/o Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
             Highlands Ranch, Colorado 80129-2386
5182554     +Members 1St FCU Attn: Bankruptcy,    5000 Louise Dr,    Mechanicsburg, PA 17055-4899
5182555     +Mr. Cooper  ATTN Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
5211134     +Nationstar Mortgage LLC d/b/a Mr. Cooper,    Attention: Bankruptcy Department,   PO Box 619096,
             Dallas TX 75261-9096
5182556     +Specialized Loan Servicing,    8742 Lucent Boulevard Suite 300,    Highlands Ranch, CO 80129-2386
5193997    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   U.S. Bank National Association,    c/o U.S. Bank Home Mortgage,,
             a division of U.S. Bank N.A.,    4801 Frederica Street,    Owensboro, Kentucky 42301)
5209956     +West York Borough,    1381 West Poplar Street,    York, PA 17404-5396
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr          +E-mail/Text: unger@members1st.org Jul 29 2019 19:47:09     Members 1st Federal Credit Union,
             5000 Louise Drive,    P.O. Box 40,    Mechanicsburg, PA 17055-0040
5192965      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 29 2019 19:58:22      LVNV Funding, LLC,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5182553     +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 29 2019 19:58:20
             LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
             Greenville, SC 29603-0497
5192985     +E-mail/Text: unger@members1st.org Jul 29 2019 19:47:09     Members 1st Federal Credit Union,
             5000 Louise Drive,    Mechanicsburg, PA 17055-4899
5188037      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 29 2019 19:46:36
             Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
             Harrisburg, PA  17128-0946
5182550     +E-mail/Text: kcm@yatb.com Jul 29 2019 19:45:33     York Adams Tax Bureau,    PO BOX 15627,
             York, PA 17405-0156
                                                                                               TOTAL: 6
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +West York Borough,    1381 West Poplar Street,    York, PA 17404-5396
5182557*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US Bank,    Attn: Bankruptcy,    Po Box 5229,   Cincinnati, OH 45201)
                                                                                    TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-1          User: PRadginsk          Page 2 of 2          Date Rcvd: Jul 29, 2019
                              Form ID: ntcnfhrg        Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2019 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Craig S. Sharnetzka    on behalf of Creditor    West York Borough csharnetzka@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
               com;r48835@notify.bestcase.com
              David William Park    on behalf of Creditor    Members 1st Federal Credit Union
               dpark@martsonlaw.com,    teckenroad@martsonlaw.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Hrisoula  Stantzos dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor    MTGLQ Investors, L.P. bkgroup@kmllawgroup.com
              John L Senft    on behalf of Creditor    Greenspring Investments LLC jsenft@senftlaw.com
              Karina  Velter    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               amps@manleydeas.com
              Mario John Hanyon    on behalf of Creditor    U.S. Bank National Association pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Hrisoula Stantzos,

**Debtor 1**

Chapter 13

Case No. 1:19−bk−01432−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**September 4, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: September 11, 2019  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: PRadginsk, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 29, 2019 |

ntcnfhrg (03/18)