```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                         Case No. 19-01432-HWV
Hrisoula Stantzos                                              Chapter 13
      Debtor                  **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: PRadginsk          Page 1 of 2            Date Rcvd: Jul 29, 2019
                             Form ID: pdf002          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2019.
```
db          +Hrisoula Stantzos,    1965 Normandie Dr,    York, PA 17408-1535
cr           Greenspring Investments LLC,    2851 Greensprings Drive,    YORK, PA 17402,    UNITED STATES
5182551     +Chase Mortgage,    Attn: Bankruptcy Dept,    Po Box 24696,    Columbus, OH 43224-0696
5192984     +Christopher E. Rice,    Martson Law Office,    10 E. High St.,    Carlisle, PA 17013-3093
5182549      Department of Revenue,    1 Revenue Place,    Harrisburg, PA 17129-0001
5204054     +Greenspring Investments LLC,    105 Leader Heights Road,    York, PA 17403-5137
5182552      Greenspring Investments, LLC,    2851Greenspring Dr,    York, PA 17402
5182548      Internal Revenue Service,    Andover, MA 01810-9041
5201015     +JPMorgan Chase Bank, National Association,    700 Kansas Ln Mail Code LA4-5555,
              Monroe, LA 71203-4774
5206211     +MTGLQ Investors, L.P.,    c/o Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
5182554     +Members 1St FCU Attn: Bankruptcy,    5000 Louise Dr,    Mechanicsburg, PA 17055-4899
5182555     +Mr. Cooper  ATTN Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
5211134     +Nationstar Mortgage LLC d/b/a Mr. Cooper,    Attention: Bankruptcy Department,    PO Box 619096,
              Dallas TX 75261-9096
5182556     +Specialized Loan Servicing,    8742 Lucent Boulevard Suite 300,    Highlands Ranch, CO 80129-2386
5193997    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  U.S. Bank National Association,    c/o U.S. Bank Home Mortgage,,
              a division of U.S. Bank N.A.,    4801 Frederica Street,    Owensboro, Kentucky 42301)
5209956     +West York Borough,    1381 West Poplar Street,    York, PA 17404-5396
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/Text: unger@members1st.org Jul 29 2019 19:47:09      Members 1st Federal Credit Union,
              5000 Louise Drive,    P.O. Box 40,    Mechanicsburg, PA 17055-0040
5192965      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 29 2019 19:58:39      LVNV Funding, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5182553     +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 29 2019 19:58:38
              LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
              Greenville, SC 29603-0497
5192985     +E-mail/Text: unger@members1st.org Jul 29 2019 19:47:09      Members 1st Federal Credit Union,
              5000 Louise Drive,    Mechanicsburg, PA 17055-4899
5188037      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 29 2019 19:46:37
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg, PA  17128-0946
5182550     +E-mail/Text: kcm@yatb.com Jul 29 2019 19:45:33      York Adams Tax Bureau,    PO BOX 15627,
              York, PA 17405-0156
                                                                                               TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +West York Borough,    1381 West Poplar Street,    York, PA 17404-5396
5182557*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  US Bank,    Attn: Bankruptcy,    Po Box 5229,    Cincinnati, OH 45201)
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2019                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-1           User: PRadginsk           Page 2 of 2            Date Rcvd: Jul 29, 2019
                               Form ID: pdf002           Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2019 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Craig S. Sharnetzka    on behalf of Creditor    West York Borough csharnetzka@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
               com;r48835@notify.bestcase.com
              David William Park    on behalf of Creditor    Members 1st Federal Credit Union
               dpark@martsonlaw.com,    teckenroad@martsonlaw.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Hrisoula  Stantzos dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor    MTGLQ Investors, L.P. bkgroup@kmllawgroup.com
              John L Senft    on behalf of Creditor    Greenspring Investments LLC jsenft@senftlaw.com
              Karina  Velter    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               amps@manleydeas.com
              Mario John Hanyon    on behalf of Creditor    U.S. Bank National Association pamb@fedphe.com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9
```

Rev. 12/1/18

LOCAL BANKRUPTCY FORM 3015-1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: **Hrisoula Stantzos**

CHAPTER 13
CASE NO.  1:19-bk-01432 HWV

■ ORIGINAL PLAN
___ AMENDED AMENDED PLAN (Indicate 1st, 2nd, 3rd, etc.)
☐ Number of Motions to Avoid Liens
☐ Number of Motions to Value Collateral

### CHAPTER 13 PLAN

#### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ☐ Included | ■ Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ☐ Included | ■ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ Included | ■ Not Included |

#### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

**1. PLAN FUNDING AND LENGTH OF PLAN.**

    **A. Plan Payments From Future Income**

1. To date, the Debtor paid $___ (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $**184,800.00**, plus other payments and property stated in § 1B below:

| Start mm/yy | End mm/yy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 05/19 | 10/19 | 500.00 | 0.00 | 500.00 | 3,000.00 |
| 11/19 | 04/20 | 1,500.00 | 0.00 | 1,500.00 | 9,000.00 |
| 05/20 | 04/21 | 2,000.00 | 0.00 | 2,000.00 | 24,000.00 |
| 05/21 | 04/22 | 3,500.00 | 0.00 | 3,500.00 | 42,000.00 |
| 05/22 | 04/23 | 4,200.00 | 0.00 | 4,200.00 | 50,400.00 |
| 05/23 | 04/24 | 4,700.00 | 0.00 | 4,700.00 | 56,400.00 |
| | | | | Total Payments: | $184,800.00 |

2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: ■ Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

B. **Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is $**7,440.00**. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

■ No assets will be liquidated. If this line is checked, the rest of § 1.B need not be completed or reproduced.

☐ Certain assets will be liquidated as follows:

2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $__ from the sale of property known and designated as __. All sales shall be completed by __. If the property does not sell by the date specified, then the disposition of the property shall be as follows:

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:

2. **SECURED CLAIMS.**

A. **Pre-Confirmation Distributions.** *Check one.*

■ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

B. **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

☐ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

■ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| **Chase Mortgage** | 1965 Normandie Dr York, PA 17408<br>Residence: 2 Story Detached Home- Debtor in the process of getting an appraisal | 1580 |
| **Greenspring Investments, LLC** | 1738 Filbert St York, PA 17404<br>Residence: Business With 3 Rentals 2 Are Business And 1 Apartment. Debtor in the process of getting an appraisal | |
| **Members 1St FCU Attn: Bankruptcy** | 1738 Filbert St York, PA 17404<br>Residence: Business With 3 Rentals 2 Are Business And 1 Apartment. Debtor in the process of getting an appraisal | 8501 |
| **Mr. Cooper ATTN Bankruptcy** | 2341 Wilt Dr York, PA 17408<br>Residence: Single Detached Home | 6551 |
| **Specialized Loan Servicing** | 1950 Niagara Lane York, PA 17408<br>Residence: Single Detached Home | 4554 |
| **US Bank** | 1965 Normandie Dr York, PA 17408<br>Residence: 2 Story Detached Home- Debtor in the process of getting an appraisal | 3532 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

C. **Arrears (Including, but not limited to, claims secured by Debtor's principal residence)**. *Check one.*

☐ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

■ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| Chase Mortgage | 1965 Normandie Dr York, PA 17408 Residence: 2 Story Detached Home- Debtor in the process of getting an appraisal | $41,000.00 | $0.00 | $41,000.00 |
| Members 1St FCU Attn: Bankruptcy | 1738 Filbert St York, PA 17404 Residence: Business With 3 Rentals 2 Are Business And 1 Apartment. Debtor in the process of getting an appraisal | $2,400.00 | $0.00 | $2,400.00 |
| Mr. Cooper ATTN Bankruptcy | 2341 Wilt Dr York, PA 17408 Residence: Single Detached Home | $6,000.00 | $0.00 | $6,000.00 |
| Specialized Loan Servicing | 1950 Niagara Lane York, PA 17408 Residence: Single Detached Home | $28,000.00 | $0.00 | $28,000.00 |
| US Bank | 1965 Normandie Dr York, PA 17408 Residence: 2 Story Detached Home- Debtor in the process of getting an appraisal | $89,000.00 | $0.00 | $89,000.00 |

D. **Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**

■ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

E. **Secured claims for which a § 506 valuation is applicable.** *Check one.*

■ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

F. **Surrender of Collateral.** *Check one.*

■ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

G. **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

■ None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

3. **PRIORITY CLAIMS.**

   A. **Administrative Claims**

      1. <u>Trustee's Fees</u>. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

      2. <u>Attorney's fees</u>. Complete only one of the following options:

        a. In addition to the retainer of $ **1,000.00** already paid by the Debtor, the amount of $ **3,000.00** in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c).

        b. $_____ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

3

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Case 1:19-bk-01432-HWV    Doc 34    Filed 07/31/19    Entered 08/01/19 00:38:20    Desc
Imaged Certificate of Notice     Page 5 of 7

       3. <u>Other</u>. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
       *Check one of the following two lines*.

■ None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

  **B.** **Priority Claims (including, certain Domestic Support Obligations**

■ None. *If "None" is checked, the rest of § 3.B need not be completed or reproduced.*

  **C.** **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B)**. *Check one of the following two lines.*

■ None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

**4.**   **UNSECURED CLAIMS**

  **A.** **Claims of Unsecured Nonpriority Creditors Specially Classified.**
     *Check one of the following two lines.*

■ None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

  **B.** **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

**5.**   **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines*.

■ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

**6.**   **VESTING OF PROPERTY OF THE ESTATE.**

  **Property of the estate will vest in the Debtor upon**

  *Check the applicable line:*

- ☐ plan confirmation.
- ■ entry of discharge.
- ☐ closing of case.

**7.**   **DISCHARGE: (Check one)**

  ■ The debtor will seek a discharge pursuant to § 1328(a).

  ☐ The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

**8.**   **ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:
Level 1: _____
Level 2: _____
Level 3: _____
Level 4: _____
Level 5: _____
Level 6: _____
Level 7: _____
Level 8: _____

If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:
Level 1: Adequate protection payments.
Level 2: Debtor's attorney's fees.
Level 3: Domestic Support Obligations.
Level 4: Priority claims, pro rata.
Level 5: Secured claims, pro rata.
Level 6: Specially classified unsecured claims.
Level 7: Timely general unsecured claims.
Level 8: Untimely filed general unsecured claims to which the Debtor has not objected.

9. **NONSTANDARD PLAN PROVISIONS**

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

Dated: **April 5, 2019**

**/s/ Dawn Marie Cutaia**
**Dawn Marie Cutaia 77965**
Attorney for Debtor

**/s/ George Stantzos as attorney-in-fact for Hrisoula Stantzos**
**Hrisoula Stantzos**
Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.

5