UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                                      CHAPTER 13

Hrisoula Stantzos                             CASE NO. 19-01432
        Debtor(s)

## MOTION TO RECONSIDER ORDER DISMISSING CASE

AND NOW, this 14th day of August 2019, the Debtor, by and through her attorney, Dawn M. Cutaia, files this Motion to Reconsider Order Dismissing case and in support thereof state the following:

1. Debtor filed a Chapter 13 bankruptcy on April 5, 2019.
2. Debtor is eldery and her petition was filed by her adult son, who has power of attorney.
3. Debtor's son was recently hospitalized for a serious medical issue, which required Counsel for Debtor to obtain a new power of attorney with Debtor's other adult son as her attorney in fact.
4. As a result of these changes and the stress on Debtor's family regarding the one son's illness, the filing fee was not paid and Debtor's case was dismissed today.
5. Counsel for Debtor made the payment today electronically and the filing fee has now been paid in full.

WHEREFORE, the Debtor respectfully requests this Honorable Court reconsider its Order of August 14, 2019, dismissing her case and reinstate her case.

Respectfully Submitted,

By: **/s/ Dawn M. Cutaia**

Dawn M. Cutaia
Supreme Court ID 77965
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHAPTER 13

Hrisoula Stantzos                                                  CASE NO. 19-01432
       Debtor(s)

## ORDER REINSTATING CASE

AND NOW, upon consideration of Debtor's Motion to Reconsider Order Dismissing Case, said motion is hereby granted and Debtor's case is reinstated.