```
                                    United States Bankruptcy Court
                                    Middle District of Pennsylvania
In re:                                                                Case No. 19-01432-HWV
Hrisoula Stantzos                                                     Chapter 13
         Debtor                          CERTIFICATE OF NOTICE
District/off: 0314-1          User: PRadginsk              Page 1 of 2              Date Rcvd: Aug 14, 2019
                              Form ID: ordsmiss            Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2019.
```
db             +Hrisoula Stantzos,    1965 Normandie Dr,    York, PA 17408-1535
cr              Greenspring Investments LLC,    2851 Greensprings Drive,    YORK, PA 17402,    UNITED STATES
5182551        +Chase Mortgage,    Attn: Bankruptcy Dept,    Po Box 24696,    Columbus, OH 43224-0696
5192984        +Christopher E. Rice,    Martson Law Office,    10 E. High St.,    Carlisle, PA 17013-3093
5182549         Department of Revenue,    1 Revenue Place,    Harrisburg, PA 17129-0001
5204054        +Greenspring Investments LLC,    105 Leader Heights Road,    York, PA 17403-5137
5182552         Greenspring Investments, LLC,    2851Greenspring Dr,    York, PA 17402
5182548         Internal Revenue Service,    Andover, MA 01810-9041
5201015        +JPMorgan Chase Bank, National Association,    700 Kansas Ln Mail Code LA4-5555,
                 Monroe, LA 71203-4774
5206211        +MTGLQ Investors, L.P.,    c/o Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
5182554        +Members 1St FCU Attn: Bankruptcy,    5000 Louise Dr,    Mechanicsburg, PA 17055-4899
5182555        +Mr. Cooper ATTN Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
5211134        +Nationstar Mortgage LLC d/b/a Mr. Cooper,    Attention: Bankruptcy Department,    PO Box 619096,
                 Dallas TX 75261-9096
5182556        +Specialized Loan Servicing,    8742 Lucent Boulevard Suite 300,    Highlands Ranch, CO 80129-2386
5209956        +West York Borough,    1381 West Poplar Street,    York, PA 17404-5396
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: unger@members1st.org Aug 14 2019 19:15:53      Members 1st Federal Credit Union,
                 5000 Louise Drive,    P.O. Box 40,    Mechanicsburg, PA 17055-0040
5192965         EDI: RESURGENT.COM Aug 14 2019 23:13:00      LVNV Funding, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
5182553        +EDI: RESURGENT.COM Aug 14 2019 23:13:00      LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,
                 Po Box 10497,    Greenville, SC 29603-0497
5192985        +E-mail/Text: unger@members1st.org Aug 14 2019 19:15:53      Members 1st Federal Credit Union,
                 5000 Louise Drive,    Mechanicsburg, PA 17055-4899
5188037         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 14 2019 19:15:36
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
5193997         EDI: USBANKARS.COM Aug 14 2019 23:13:00      U.S. Bank National Association,
                 c/o U.S. Bank Home Mortgage,,    a division of U.S. Bank N.A.,    4801 Frederica Street,
                 Owensboro, Kentucky 42301
5182557         EDI: USBANKARS.COM Aug 14 2019 23:13:00      US Bank,    Attn: Bankruptcy,    Po Box 5229,
                 Cincinnati, OH 45201
5182550        +E-mail/Text: kcm@yatb.com Aug 14 2019 19:15:27      York Adams Tax Bureau,    PO BOX 15627,
                 York, PA 17405-0156
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +West York Borough,    1381 West Poplar Street,    York, PA 17404-5396
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Craig S. Sharnetzka    on behalf of Creditor    West York Borough csharnetzka@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
               com;r48835@notify.bestcase.com
              David William Park    on behalf of Creditor    Members 1st Federal Credit Union
               dpark@martsonlaw.com, teckenroad@martsonlaw.com
```

```
District/off: 0314-1          User: PRadginsk           Page 2 of 2            Date Rcvd: Aug 14, 2019
                              Form ID: ordsmiss         Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Dawn Marie Cutaia   on behalf of Debtor 1 Hrisoula  Stantzos dmcutaia@gmail.com, cutaialawecf@gmail.com;r46159@notify.bestcase.com
        James  Warmbrodt   on behalf of Creditor   MTGLQ Investors, L.P. bkgroup@kmllawgroup.com
        John L Senft   on behalf of Creditor   Greenspring Investments LLC jsenft@senftlaw.com
        Karina  Velter   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com
        Mario John Hanyon   on behalf of Creditor   U.S. Bank National Association pamb@fedphe.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                                                            TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Hrisoula Stantzos,             Chapter     13

    **Debtor 1**

                           Case No.     1:19–bk–01432–HWV

### Order

   **IT IS ORDERED** that the case is hereby dismissed as to Debtor 1 for failure to comply with Order dated April 8, 2019.

   **Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: August 14, 2019                            By the Court,

                                                          *Henry W. Van Eck* (signature)

                                                          Honorable Henry W. Van Eck
                                                           United States Bankruptcy Judge
                                                           By: PRadginsk, Deputy Clerk

ordsmiss (05/18)