# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Hrisoula Stantzos<br>　　　　Debtor | Chapter 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>　　　　Movant<br>　　V.<br>Hrisoula Stantzos<br>　　　　Respondent<br>Charles J. Dehart, III<br>　　　　Trustee/Respondent | 1:19-bk-01432-HWV<br><br>Answer |

## ANSWER

**AND NOW**, this 19th day of November 2019, the Debtor, Hrisoula Stantzos, by and through counsel, Dawn M. Cutaia, files this Answer to the Motion for Relief from Stay filed by Nationstar Mortgage LLC d/b/a Mr. Cooper :

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted.
8. Admitted.
9. Admitted.
10. Denied. Counsel for Debtor spoke with Debtor's POA who indicated that he believes all mortgage payments have been made.
11. Admitted.
12. Denied.
13. Admitted.
14. Admitted.
15. Admitted.
16. Denied.

**WHEREFORE**, the Debtor respectfully requests this Honorable Court deny the

Motion for Relief.

Date: 11/9/2019

Respectfully Submitted,
By: **/s/ Dawn M. Cutaia**
Supreme Court ID 77965
Attorney for Debtor(s)
115 E. Philadelphia Street
York, PA 17401
cutaialaw@gmail.com
717-304-1841