LOCAL BANKRUPTCY FORM 9013-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Hrisoula Stantzos | : | CHAPTER **13** |
| | : | |
| Debtor(s) | : | CASE NO.: **19-01432** |
| | : | |
| | : | |
| Nationstar Mortgage LLC d/b/a Mr. Cooper | : | ADVERSARY NO. ___-____-ap-_____ |
| | : | (if applicable) |
| Plaintiff(s)/Movant(s) | : | |
| vs | : | Nature of Proceeding: **Motion for Relief from the Automatic Stay** |
| | : | |
| Hrisoula Stantzos | : | |
| | : | Document #: **46** |
| | : | |
| Charles J. DeHart III | | |
| Defendants(s)/Respondent(s) | | |

**REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE**

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with all concurrence of the opposing party (parties). This is a first request for a continuance.

Reason for the continuance.

Debtor's attorney is requesting proof of payments for her client. Additional time is needed to confirm payments with Movant once received.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated:__November 25, 2019__                    __/s/ Karina Velter_____
                                                Attorney for _Nationstar Mortgage LLC d/b/a Mr. Cooper__
                                                Name: _Karina Velter__
                                                Phone Number: _614-220-5611__

19-013814_CJP