UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: HRISOULA STANTZOS | CASE NO: 19-1432 |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 12/30/2019, I did cause a copy of the following documents, described below,

notice of confirmation hearing and deadline and 1st amended plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/30/2019

/s/ Dawn M. Cutaia
Dawn M. Cutaia
Pugh & Cutaia PLLC
115 E. Philadelphia St.
York, PA 17401
717 304 1841

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: HRISOULA STANTZOS | CASE NO: 19-1432 |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 12/30/2019, a copy of the following documents, described below,

notice of confirmation hearing and deadline and 1st amended plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/30/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dawn M. Cutaia
Pugh & Cutaia PLLC
115 E. Philadelphia St.
York, PA  17401

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| CASE INFO | CHASE MORTGAGE | CHRISTOPHER E RICE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>03141<br>CASE 1-19-BK-01432-HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>HARRISBURG<br>MON DEC 30 10-20-52 EST 2019 | ATTN BANKRUPTCY DEPT<br>PO BOX 24696<br>COLUMBUS OH 43224-0696 | MARTSON LAW OFFICE<br>10 E HIGH ST<br>CARLISLE PA 17013-3093 |

| DAWN MARIE CUTAIA | CHARLES J DEHART III TRUSTEE | DEPARTMENT OF REVENUE |
|---|---|---|
| PUGH AND CUTAIA PLLC<br>115 E PHILADELPHIA STREET<br>YORK PA 17401-2437 | 8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | 1 REVENUE PLACE<br>HARRISBURG PA 17129-0001 |

| GREENSPRING INVESTMENTS LLC | GREENSPRING INVESTMENTS LLC | GREENSPRING INVESTMENTS LLC |
|---|---|---|
| 2851 GREENSPRINGS DRIVE<br>YORK PA 17402 UNITED STATES | 105 LEADER HEIGHTS ROAD<br>YORK PA 17403-5137 | 2851GREENSPRING DR<br>YORK PA 17402 |

| MARIO JOHN HANYON | INTERNAL REVENUE SERVICE | JPMORGAN CHASE BANK NATIONAL |
|---|---|---|
| PHELAN HALLINAN SCHMIEG<br>1617 JFK BLVD<br>SUITE 1400<br>PHILADELPHIA PA 19103-1814 | ANDOVER MA 018109041 | ASSOCIATION<br>700 KANSAS LN MAIL CODE LA45555<br>MONROE LA 71203-4774 |

| LVNV FUNDING LLC | LVNV FUNDINGRESURGENT CAPITAL | MTGLQ INVESTORS LP |
|---|---|---|
| RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | ATTN BANKRUPTCY<br>PO BOX 10497<br>GREENVILLE SC 29603-0497 | CO SPECIALIZED LOAN SERVICING LLC<br>8742 LUCENT BLVD SUITE 300<br>HIGHLANDS RANCH COLORADO 80129-2386 |

| MTGLQ INVESTORS LP CO NEWREZ LLC DBA SHE | MTGLQ INVESTORS LP CO NEWREZ LLC DBA SHE | MEMBERS 1ST FCU ATTN BANKRUPTCY |
|---|---|---|
| PO BOX 10826<br>GREENVILLE SC 29603-0826 | PO BOX 10826<br>GREENVILLE SC 29603-0826<br>MTGLQ INVESTORS LP CO NEWREZ LLC DBA<br>PO BOX 10826<br>GREENVILLE SC 29603-0826 | 5000 LOUISE DR<br>MECHANICSBURG PA 17055-4899 |

| MEMBERS 1ST FEDERAL CREDIT UNION | MEMBERS 1ST FEDERAL CREDIT UNION | MR COOPER ATTN BANKRUPTCY |
|---|---|---|
| 5000 LOUISE DRIVE<br>PO BOX 40<br>MECHANICSBURG PA 17055-0040 | 5000 LOUISE DRIVE<br>MECHANICSBURG PA 17055-4899 | 8950 CYPRESS WATERS BLVD<br>COPPELL TX 75019-4620 |

| NATIONSTAR MORTGAGE LLC DBA MR COOPER | DAVID WILLIAM PARK | PENNSYLVANIA DEPARTMENT OF REVENUE |
|---|---|---|
| ATTENTION BANKRUPTCY DEPARTMENT<br>PO BOX 619096<br>DALLAS TX 75261-9096 | MARTSON LAW OFFICES<br>10 EAST HIGH STREET<br>CARLISLE PA 17013-3093 | BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG PA 17128-0946 |

| JOHN L SENFT | CRAIG S SHARNETZKA | SPECIALIZED LOAN SERVICING |
|---|---|---|
| SENFT LAW FIRM LLC<br>105 LEADER HEIGHTS ROAD<br>YORK PA 17403-5137 | CGA LAW FIRM<br>135 NORTH GEORGE STREET<br>YORK PA 17401-1132 | 8742 LUCENT BOULEVARD SUITE 300<br>HIGHLANDS RANCH CO 80129-2386 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
DEBTOR                              US BANK NATIONAL ASSOCIATION          US BANK
HRISOULA STANTZOS                   14841 DALLAS PARKWAY SUITE 425        PO BOX 5229
1965 NORMANDIE DR                   DALLAS TX 75254-8067                  CINCINNATI OH 45201-5229
YORK PA 17408-1535


UNITED STATES TRUSTEE               KARINA VELTER                         JAMES WARMBRODT
228 WALNUT STREET SUITE 1190        MANLEY DEAS KOCHALSKI LLC             701 MARKET STREET SUITE 5000
HARRISBURG PA 17101-1722            PO BOX 165028                         PHILADEPHIA PA 19106-1541
                                    COLUMBUS OH 43216-5028


WEST YORK BOROUGH                   YORK ADAMS TAX BUREAU
1381 WEST POPLAR STREET             PO BOX 15627
YORK PA 17404-5396                  YORK PA 17405-0156
```