In re:  Case No. 19-01432-HWV
Hrisoula Stantzos  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 1     Date Rcvd: Feb 07, 2020
                           Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2020.
5271491         MTGLQ Investors, L.P. c/o NewRez LLC DBA Shellpoin,   P.O. Box 10826,
                Greenville, SC  29603-0826,    MTGLQ Investors, L.P. c/o NewRez LLC DBA,   P.O. Box 10826,
                Greenville, SC  29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2020 at the address(es) listed below:
        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
        Craig S. Sharnetzka    on behalf of Creditor    West York Borough csharnetzka@cgalaw.com,
         tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com;r48835@notify.bestcase.com
        Danielle Boyle-Ebersole    on behalf of Creditor    U.S. Bank Trust National Association as trustee of Tiki Series IV Trust c/o Rushmore Loan Management Services, LLC
         debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
        David William Park    on behalf of Creditor    Members 1st Federal Credit Union dpark@martsonlaw.com,   teckenroad@martsonlaw.com
        Dawn Marie Cutaia    on behalf of Debtor 1 Hrisoula  Stantzos dmcutaia@gmail.com,
         cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
        James  Warmbrodt    on behalf of Creditor    MTGLQ Investors, L.P. bkgroup@kmllawgroup.com
        Jerome B Blank    on behalf of Creditor    U.S. Bank National Association pamb@fedphe.com
        John L Senft    on behalf of Creditor    Greenspring Investments LLC jsenft@senftlaw.com
        Karina  Velter    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com
        Mario John Hanyon    on behalf of Creditor    U.S. Bank National Association pamb@fedphe.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                               TOTAL: 11

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:19-bk-01432-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Hrisoula Stantzos
1965 Normandie Dr
York PA 17408

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/06/2020.

Name and Address of Alleged Transferor(s):

Claim No. 7: MTGLQ Investors, L.P. c/o NewRez LLC DBA Shellpoin, P.O. Box 10826, Greenville, SC 29603-0826, MTGLQ Investors, L.P. c/o NewRez LLC DBA, P.O. Box 10826, Greenville, SC 29603-0826

Name and Address of Transferee:

U.S. Bank Trust National Association, et al.
c/o Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619
U.S. Bank Trust National Association, et
c/o Rushmore Loan Management Services

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  02/09/20

Terrence S. Miller
**CLERK OF THE COURT**