# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HRISOULA STANTZOS<br>    DEBTOR | CHAPTER 13 |
| MEMBERS 1ST FEDERAL CREDIT UNION<br>    MOVANT<br>V. | 1:19-BK-01432-HWV |
| HRISOULA STANTZOS<br>    RESPONDENT | ANSWER |
| CHARLES J. DEHART, III<br>    TRUSTEE/RESPONDENT | |

## ANSWER

**AND NOW**, this 17th day of February, 2020, the Debtor, Hrisoula Stantzos, by and through her counsel, Dawn M. Cutaia, files this Answer to the Motion for Relief from Stay filed by Members 1st Federal Credit Union:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted in part. By way of clarification, Debtor is female and she is elderly and English is not her first language. Her son George Stantzos is her attorney in fact.
5. Admitted.
6. Admitted.
7. Admitted.
8. Admitted.
9. Admitted.
10. Admitted.
11. Admitted.
12. Admitted in part; denied in part. George Statnzos was hospitalized twice since Debtor's bankruptcy was filed but his health issues have subsided and he is able to move forward with seeking a loan modification on this property.
13. Denied. George Stantzos was unable to move forward with the loan modifications due to his hospitalizations.
14. George Stantzos has been attempting to locate a commercial appraiser who

is able to appraise the property.

15. Admitted.
16. Denied. There two businesses on the property - a hair salon and a pizza shop - both very recently passed their fire inspections; a residential apartment on the property is being renovated.
17. Denied.
18. Denied.
19. Denied.
20. Denied.
21. Admitted.
22. Admitted.

**WHEREFORE**, the Debtor respectfully requests this Honorable Court deny the Motion for Relief.

Date: 2/17/2020

Respectfully Submitted,
By: **/s/ Dawn M. Cutaia**
Supreme Court ID 77965
Attorney for Debtor(s)
115 E. Philadelphia Street
York, PA 17401
cutaialaw@gmail.com
717-304-1841