UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     HRISOULA STANTZOS
                Debtor(s)
        CHARLES J. DEHART, III            CHAPTER 13
        CHAPTER 13 TRUSTEE
                Movant
        vs.                                          CASE NO: 1-19-01432-HWV
        HRISOULA STANTZOS
                Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on March 19, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on December 10, 2019.

2. A hearing was held and an Order was entered on January 22, 2020 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                                               Respectfully submitted,

                                               s/   James K. Jones, Esq.
                                               Id:   39031
                                               Attorney for Trustee
                                               Charles J. DeHart, III
                                               Standing Chapter 13 Trustee
                                               Ste. A, 8125 Adams Drive
                                               Hummelstown, PA   17036
                                               Ph.   717-566-6097
                                               Fax. 717-566-8313
                                               eMail: jjones@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    HRISOULA STANTZOS

                 Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
                 Movant

CASE NO: 1-19-01432-HWV

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Ronald Reagan Federal Bldg
Bankruptcy Courtroom, 3rd Floor
228 Walnut Street
Harrisburg, PA 17101

Date: April 22, 2020

Time: 09:35 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097
Email:  dehartstaff@pamd13trustee.com

Dated:  March 19, 2020

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   HRISOULA STANTZOS

                  Debtor(s)

CHARLES J. DEHART, III  
CHAPTER 13 TRUSTEE                            CHAPTER 13  
                Movant  
HRISOULA STANTZOS

                                                  CASE NO: 1-19-01432-HWV

                Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 19, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

DAWN MARIE CUTAIA, ESQUIRE          Served electronically  
115 EAST PHILADELPHIA STREET  
YORK, PA   17401-

United States Trustee                              Served electronically  
228 Walnut Street  
Suite 1190  
Harrisburg, PA   17101

HRISOULA STANTZOS                      Served by 1st Class Mail  
1965 NORMANDIE DR  
YORK, PA   17408

I certify under penalty of perjury that the foregoing is true and correct.

Date:   March 19, 2020                            Respectfully,  
                                                 Vickie Williams  
                                                 for Charles J. DeHart, III, Trustee  
                                                 Suite A, 8125 Adams Dr.  
                                                 Hummelstown, PA   17036  
                                                 Phone:   (717) 566-6097  
                                                 eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: HRISOULA STANTZOS

| | |
|---|---|
| Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III | |
| CHAPTER 13 TRUSTEE | |
| Movant | |
| HRISOULA STANTZOS | CASE NO: 1-19-01432-HWV |
| Respondent(s) | |

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.