```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 19-01432-HWV
Hrisoula Stantzos                                                   Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke          Page 1 of 1          Date Rcvd: Apr 20, 2020
                              Form ID: nttext          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2020.
          +Kostas Stantzos,   1965 Normandie Drive,   York, PA 17408-1535

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Craig S. Sharnetzka    on behalf of Creditor    West York Borough csharnetzka@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
               com;r48835@notify.bestcase.com
              Danielle Boyle-Ebersole    on behalf of Creditor    U.S. Bank Trust National Association as
               trustee of Tiki Series IV Trust c/o Rushmore Loan Management Services, LLC
               debersole@hoflawgroup.com, pfranz@hoflawgroup.com
              David William Park    on behalf of Creditor    Members 1st Federal Credit Union
               dpark@martsonlaw.com,   teckenroad@martsonlaw.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Hrisoula  Stantzos dmcutaia@gmail.com,
               cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    MTGLQ Investors, L.P. bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION pamb@fedphe.com
              Jerome B Blank    on behalf of Creditor    U.S. Bank National Association pamb@fedphe.com
              John L Senft    on behalf of Creditor    Greenspring Investments LLC jsenft@senftlaw.com
              Karina Velter    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               amps@manleydeas.com
              Mario John Hanyon    on behalf of Creditor    U.S. Bank National Association pamb@fedphe.com
              Thomas Song    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 13

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | | |
| --- | --- | --- |
| Hrisoula Stantzos, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:19–bk–01432–HWV |

### Notice

Due to considerations related to the COVID–19 pandemic, the noticing requirement for the Motion for Relief from the Automatic Stay has been changed from a semi–passive to hearing required. See LBR 9001–1(i),(n). The Court has scheduled the Motion for Relief from the Automatic Stay filed on 4/17/2020 for a hearing. The hearing will be held regardless of whether objections are filed. All other information on the original Notice will remain in full force and effect. (RE: related document(s)90). (Radginski, Pamela)

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 20, 2020 |

Notice Text Entries (Form nttext) (3/20)