```
                                  United States Bankruptcy Court
                                  Middle District of Pennsylvania
In re:                                                              Case No. 19-01432-HWV
Hrisoula Stantzos                                                   Chapter 13
         Debtor                  CERTIFICATE OF NOTICE
District/off: 0314-1         User: AutoDocke             Page 1 of 2             Date Rcvd: Apr 28, 2020
                             Form ID: pdf010             Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2020.
```
db             +Hrisoula Stantzos,    1965 Normandie Dr,    York, PA 17408-1535
cr              Greenspring Investments LLC,    2851 Greensprings Drive,    YORK, PA 17402,    UNITED STATES
cr             +U.S. BANK NATIONAL ASSOCIATION,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
5192984        +Christopher E. Rice,    Martson Law Office,    10 E. High St.,    Carlisle, PA 17013-3093
5182549         Department of Revenue,    1 Revenue Place,    Harrisburg, PA 17129-0001
5204054        +Greenspring Investments LLC,    105 Leader Heights Road,    York, PA 17403-5137
5182552         Greenspring Investments, LLC,    2851Greenspring Dr,    York, PA 17402
5182548         Internal Revenue Service,    Andover, MA 01810-9041
5206211        +MTGLQ Investors, L.P.,    c/o Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
5271490         MTGLQ Investors, L.P. c/o NewRez LLC DBA Shellpoin,    P.O. Box 10826,
                 Greenville, SC  29603-0826
5271491         MTGLQ Investors, L.P. c/o NewRez LLC DBA Shellpoin,    P.O. Box 10826,
                 Greenville, SC  29603-0826,    MTGLQ Investors, L.P. c/o NewRez LLC DBA,    P.O. Box 10826,
                 Greenville, SC  29603-0826
5182554        +Members 1St FCU Attn: Bankruptcy,    5000 Louise Dr,    Mechanicsburg, PA 17055-4899
5182555        +Mr. Cooper  ATTN Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
5211134        +Nationstar Mortgage LLC d/b/a Mr. Cooper,    Attention: Bankruptcy Department,    PO Box 619096,
                 Dallas TX 75261-9096
5182556        +Specialized Loan Servicing,    8742 Lucent Boulevard Suite 300,    Highlands Ranch, CO 80129-2386
5298444        +U.S. Bank Trust National Association, et al.,    c/o Rushmore Loan Management Services,
                 P.O. Box 55004,    Irvine, CA 92619-5004
5298445        +U.S. Bank Trust National Association, et al.,    c/o Rushmore Loan Management Services,
                 P.O. Box 55004,    Irvine, CA 92619,    U.S. Bank Trust National Association, et,
                 c/o Rushmore Loan Management Services 92619-5004
5193997        ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:  U.S. Bank National Association,    c/o U.S. Bank Home Mortgage,,
                 a division of U.S. Bank N.A.,    4801 Frederica Street,    Owensboro, Kentucky 42301)
5209956        +West York Borough,    1381 West Poplar Street,    York, PA 17404-5396
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: unger@members1st.org Apr 28 2020 19:56:16      Members 1st Federal Credit Union,
                 5000 Louise Drive,    P.O. Box 40,    Mechanicsburg, PA 17055-0040
5201015         E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 28 2020 19:58:16
                 JPMorgan Chase Bank, National Association,    700 Kansas Ln Mail Code LA4-5555,
                 Monroe, LA 71203
5182551         E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 28 2020 19:57:32      Chase Mortgage,
                 Attn: Bankruptcy Dept,    Po Box 24696,    Columbus, OH 43224
5192965         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 28 2020 19:56:54      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5182553        +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 28 2020 19:56:54
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
5192985        +E-mail/Text: unger@members1st.org Apr 28 2020 19:56:16      Members 1st Federal Credit Union,
                 5000 Louise Drive,    Mechanicsburg, PA 17055-4899
5188037         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 28 2020 19:55:57
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
5182550        +E-mail/Text: kcm@yatb.com Apr 28 2020 19:55:46      York Adams Tax Bureau,    PO BOX 15627,
                 York, PA 17405-0156
                                                                                              TOTAL: 8
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*             MTGLQ Investors, L.P. c/o NewRez LLC DBA Shellpoin,    P.O. Box 10826,
                 Greenville, SC  29603-0826
cr*            +West York Borough,    1381 West Poplar Street,    York, PA 17404-5396
5182557*       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: US Bank,    Attn: Bankruptcy,    Po Box 5229,    Cincinnati, OH 45201)
                                                                                 TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020                                        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2020 at the address(es) listed below:

```
Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
Craig S. Sharnetzka    on behalf of Creditor    West York Borough csharnetzka@cgalaw.com,
 tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
 com;r48835@notify.bestcase.com
Danielle Boyle-Ebersole    on behalf of Creditor    U.S. Bank Trust National Association as
 trustee of Tiki Series IV Trust c/o Rushmore Loan Management Services, LLC
 debersole@hoflawgroup.com, pfranz@hoflawgroup.com
David William Park    on behalf of Creditor    Members 1st Federal Credit Union
 dpark@martsonlaw.com, teckenroad@martsonlaw.com
Dawn Marie Cutaia    on behalf of Debtor 1 Hrisoula Stantzos dmcutaia@gmail.com,
 cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
James Warmbrodt    on behalf of Creditor    MTGLQ Investors, L.P. bkgroup@kmllawgroup.com
Jerome B Blank    on behalf of Creditor    U.S. Bank National Association pamb@fedphe.com
Jerome B Blank    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION pamb@fedphe.com
John L Senft    on behalf of Creditor    Greenspring Investments LLC jsenft@senftlaw.com
Karina Velter    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
 amps@manleydeas.com
Mario John Hanyon    on behalf of Creditor    U.S. Bank National Association pamb@fedphe.com
Thomas Song    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION pamb@fedphe.com
United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 13
```

IN RE:   HRISOULA STANTZOS

|  |  |
|---|---|
| Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant |  |
| HRISOULA STANTZOS | CASE NO: 1-19-01432-HWV |
| Respondent(s) |  |

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.

Dated:  April 28, 2020

By the Court,

_Henry W. Van Eck_ (LS)
Henry W. Van Eck, Chief Bankruptcy Judge